482 A.2d 1137

**Donald F. SWARTZ and Norma H. Swartz, his wife, Appellants,***

v.

**GENERAL ELECTRIC COMPANY, Sam Levin Furniture Company**

v.

**ROBERTSHAW CONTROLS COMPANY.**

Superior Court of Pennsylvania.

Argued Nov. 30, 1983.

Filed Oct. 12, 1984.

Barbara Clements, Pittsburgh, for appellants.

Patrick R. Riley, Pittsburgh, for Gen. Elec., appellee.

Michael W. Burns, Pittsburgh, for Levin, appellee.

William D. Geiger, Pittsburgh, for Robertshaw, appellee.

Before ROWLEY, WIEAND and HESTER, JJ.

* 327 Pa.Super. 58, 474 A.2d 1172.

**PER CURIAM:**

In that appellants' expert, Timothy Pudlo, was not permitted to testify as to the cause of the short-circuit of the plug wire, which could have been the controls supplied to appellee General Electric Company by appellee Robertshaw Controls Company, our order to reverse and remand for a new trial encompasses all appellees.